# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Davonta L. Lindsey                                             Docket No. 5:11-MJ-1532-1

## Petition for Action on Probation

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Davonta L. Lindsey, who, upon an earlier plea of guilty to Driving While Impaired - Level 5, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on April 11, 2012, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

3. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his privilege to do so is restored in accordance with law.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was ordered to pay a $200.00 fine and $10.00 special assessment as a special condition of probation. His case is scheduled to expire on April 10, 2013, and he has failed to pay any monies towards this obligation. He is being supervised in the Middle District of North Carolina and their office is recommending that probation be extended for a period of 6 months to allow him additional time to satisfy this obligation.

The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

Davonta L. Lindsey
Docket No. 5:11-MJ-1532-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

Extend the term of probation an additional 6 months with a new expiration date of October 10, 2013.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Robert K. Britt
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: April 2, 2013

## ORDER OF COURT

Considered and ordered this 4 day of April, 2013, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge